**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LAWRENCE CALLOWAY,** *et al.*, | : | **CIVIL ACTION** |
| | : | |
| Plaintiffs, | : | |
| | : | |
| **v.** | : | |
| | : | **NO. 23-4034** |
| **PECO ENERGY COMPANY,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW,** this 17th day of April, 2026, upon consideration of Plaintiffs' Motion for Leave to Respond to Defendants' Motions for Summary Judgment Out of Time (ECF No. 113), and the response thereto, it is hereby **ORDERED** that the Motion is **GRANTED.**

It is **FURTHER ORDERED** that, upon consideration of Defendants' Motion to Consider the Motions for Summary Judgment Unopposed (ECF No. 112), the Motion is **DENIED.**

It is **FURTHER ORDERED** that, upon consideration of Defendants' Motion to Strike Plaintiffs' Opposition (ECF No. 122), and the response thereto, the Motion is **GRANTED in part and DENIED in part** as follows:

1.      The Motion is denied insofar as it seeks to strike Plaintiffs' Opposition to the Summary Judgment Motions (ECF Nos. 115, 116, 119, 120) in its entirety.

2.      The Motion is denied insofar as it seeks to strike Exhibit C to Plaintiffs' Opposition (ECF Nos. 119-4, 120-4).

3.      The Motion is granted insofar as it seeks to strike Exhibit N to Plaintiff's Opposition (ECF Nos. 119-15, 120-15).

1

It is **FURTHER ORDERED** that, upon consideration of Defendants' Motions for Summary Judgment (ECF Nos. 90, 91, 92, 93) and the responses thereto, the Motions are **GRANTED.**

It is **FURTHER ORDERED** that Defendants' Motion to Sever (ECF No. 101) is **DENIED AS MOOT.**

BY THE COURT:

_____
Hon. Mia R. Perez