**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LAWRENCE CALLOWAY, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:23-cv-4034 |
| | ) | |
| PECO ENERGY COMPANY, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## <u>JOINT NOTICE OF APPEAL</u>

Notice is hereby given that Plaintiffs Lawrence Calloway, Warren Linton, Calvin Richardson, and Garry Lewis (all Plaintiffs in this case) appeal to the United States Court of Appeals for the Third Circuit from the final judgment in this action—the Court's grant of Defendants' motions for summary judgment in their entirety against all Plaintiffs—and all interlocutory orders and rulings that merge into the final judgment or are otherwise reviewable on appeal.

Respectfully submitted,


/s/ *David Baña*
David Baña (Admitted Pro Hac Vice)
Law Office of David Baña, Esq.
4305 Saint Paul Street
Baltimore, MD 21218
(443) 742-2390
david@davidbana.com

Tonya Baña (Admitted Pro Hac Vice)
TONYA BAÑA, LLC
4305 Saint Paul Street
Baltimore, MD 21218
(443) 890-8000
tonya@tonyabana.com

Scott M. Pollins—Pa. Atty. Id. No. 76334
Pollins Law
303 W. Lancaster Avenue, Ste. 1C
Wayne, PA 19087
(610) 896-9909 (office)
(610) 896-9910 (fax)
(215) 518-7462 (cell)
scott@pollinslaw.com

*Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record via the Court's electronic filing system.

/s/ *David Baña*
David Baña

2